■ In the Matter of DUN & BRADSTREET, INC., Respondent-Appellant, against TAX COMMISSION OF THE CITY OF NEW YORK et al., Appellants-Respondents.— Order unanimously modified on the facts, with costs to respondents-appellants-respondents and the assessments are fixed as follows: For the years

1952–1953 and 1953–1954, Land $1,200,000, Building $6,500,000, Total Assessment — $7,700,000. The assessments as modified are justified by the record. Settle order. Concur — Rabin, J. P., Valente, McNally, Stevens and Bastow, JJ.